UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND BIGELOW,**

Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,**

Defendants.

Civil Action No. CA 08 254S

**Class Action**

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 *et seq.* and 28 U.S.C. § 1332, and within thirty (30) days of the receipt by Defendant Allstate Insurance Company ("Allstate") of a copy of Plaintiff Raymond Bigelow's Amended Complaint, Allstate hereby notices removal of this action titled *Raymond Bigelow v. Allstate Insurance Company, et al.,* Case No. C.A. WC/05-136, from the Superior Court of Washington County (the "State Court Action") to the United States District Court for the District of Rhode Island. Removal is appropriate for the following reasons:

**STATE COURT ACTION**

1. The State Court Action being removed to this Court originated by way of a Complaint, which was filed by Plaintiff in March of 2005. On or about April 9, 2008, Plaintiff moved to amend his complaint. Plaintiff's motion was allowed. On June 16, 2008, Allstate was, through its registered agent, served with a copy of Plaintiff's Amended Complaint.

2. The State Court Action arises out of a motor vehicle accident and subsequent third party claim against Defendant Brad Laliberte. Plaintiff alleges that, in connection with his claim,

Allstate breached the insurance contract through the use of certain claims procedures. Allstate denies Plaintiff's allegations.

3. Pursuant to 28 U.S.C. § 1446(d), Allstate is contemporaneously forwarding a copy of this Notice of Removal to Plaintiff's counsel and filing the Notice of Removal with the Civil Clerk of the Superior Court for Washington County.

4. Further, pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on, or otherwise received by Allstate as of the date of this filing are attached as Exhibit A.

## JURISDICTION AND VENUE

5. The State Court Action commenced on March 2, 2005. The class action commenced on June 16, 2008, upon service to Allstate. Thus, the State Court Action is subject to the Class Action Fairness Act ("CAFA").

6. Pursuant to CAFA, this Court has jurisdiction over a class action that has been filed in state court where at least one class member is a citizen of a different state than at least one defendant, there are at least 100 putative class members, and the amount in controversy for the entire class is at least $5,000,000. See 28 U.S.C. § 1332(d)(2). Indeed, in Plaintiff's Amended Complaint, Plaintiff states that he is bringing the class action pursuant to both CAFA and state procedural rules. Plaintiff's Amended Complaint, at ¶ 49.

7. Here, Plaintiff is a citizen of the state of Rhode Island. Corporations are deemed to be a citizen of any state in which the corporation is incorporated or in which the corporation maintains a principal place of business. See 28 U.S.C. § 1332(c)(1). As Allstate is incorporated in Illinois, it is a citizen of the state of Illinois. Because the Plaintiff is a citizen of a different state than Allstate, the citizenship requirement of CAFA is satisfied.

8. The remaining two jurisdictional requirements are likewise satisfied. Plaintiff alleges that the putative class consists of 79,402 Allstate policyholders, thus satisfying the requirement of 100 putative class members. Plaintiff's Amended Complaint, at ¶ 49(a). Plaintiff also maintains that the 79,402 policyholders are entitled to seek a return of their premiums. Id. at ¶ 49(b)(12). The return premium for 79,402 policyholders exceeds the $5,000,000 threshold.

9. Venue is proper in this Court. See 28 U.S.C. § 1391.

**GROUNDS AND TIMELINESS OF REMOVAL**

10. This action is removable to this United States District Court under 28 U.S.C. §§ 1441(a), 1453 and 1332(d).

11. This Notice is being filed within the thirty (30) days of Allstate's receipt (through service or otherwise), of the Plaintiff's Amended Complaint as required by 28 U.S.C. § 1446(b).

**ALLSTATE INSURANCE COMPANY**

By its Attorneys,

Paul S. Callaghan, Esq. #4931
123 Dyer Street
Providence, RI 02903
(401) 272-3500

*Of counsel:*

Kevin M. McGinty, Esq.
Nancy D. Adams, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
(617) 542-2241 (Fax)

Dated: July 3, 2008

**CERTIFICATE OF SERVICE**

I, Paul Callaghan, hereby certify that a true and accurate copy of the foregoing Notice of Removal has been furnished this 3rd day of July, 2008, by facsimile and United States Mail, postage prepaid, to:

Dennis D. Bossian, Esq.
231 Quaker Lane
West Warwick, Rhode Island 02903
(401) 828-5463
(401) 828-5974 (fax)

Paul S. Callaghan
Counsel for Allstate Insurance Company



4369274v.1