STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

RECEIVED
JUL 03 2008
Property of U.S. District Court
Rhode Island

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

Filing Date: 03-01-2005 Case Type: PERSON
Case Status: CLOSED DURING DISCOVERY Status Date: 07-03-2008

Plaintiff: RAYMOND BIGELOW Attorney: DENNIS BOSSIAN
ID: @10245509

Defendant: BRAD LALIBERTE Attorney: JAMES RUGGIERI
ID: @10245510 Attorney: PAUL CALLAGHAN
Defendant: ALLSTATE INSURANCE CO Attorney: PAUL CALLAGHAN
ID: @10247948

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | | Location | Judge |
|---|---|---|---|---|
| 06-20-2005 | MOTION | | W ZW | LANPHEAR |
| | ORDER TO ENTER | | | |
| 06-20-2005 | MOTION TO DISMISS | | W ZW | LANPHEAR |
| | DENIED | W/O PREJUDICE | | |
| 04-16-2007 | MOTION TO COMPEL PRODUCTION | | W CRT2 | RUBINE |
| | CASE CONT BY AGREEMENT | | | |
| 04-16-2007 | MOT COMPEL MORE RESP ANS INTER | | W CRT2 | RUBINE |
| | CASE CONT BY AGREEMENT | | | |
| 05-21-2007 | MOTION TO COMPEL PRODUCTION | | W CRT2 | RUBINE |
| | CASE CONT BY AGREEMENT | | | |
| 05-21-2007 | MOT COMPEL MORE RESP ANS INTER | | W CRT2 | RUBINE |
| | CASE CONT BY AGREEMENT | | | |
| 06-18-2007 | MOTION TO COMPEL PRODUCTION | | W CRT2 | RUBINE |
| | CASE CONT BY AGREEMENT | | | |
| 06-18-2007 | MOT COMPEL MORE RESP ANS INTER | | W CRT2 | RUBINE |
| | CASE CONT BY AGREEMENT | | | |
| 08-20-2007 | MOTION TO COMPEL PRODUCTION | | W CRT2 | NUGENT |
| | GRANTED | | | |
| 08-20-2007 | MOT COMPEL MORE RESP ANS INTER | | W CRT2 | NUGENT |
| | GRANTED | | | |
| 09-17-2007 | MOTION | | W CRT2 | THOMPSON |
| | ORDER TO ENTER | | | |
| 09-17-2007 | MOTION TO STRIKE | | W CRT2 | THOMPSON |
| | ORDER TO ENTER | | | |
| 10-15-2007 | MOTION FOR SUMMARY JUDGMENT | | W CRT2 | THOMPSON |
| | CASE CONT BY AGREEMENT | | | |
| 11-19-2007 | MOTION FOR SUMMARY JUDGMENT | | W CRT3 | THOMPSON |
| | CASE CONT BY AGREEMENT | | | |
| 01-22-2008 | MOTION FOR SUMMARY JUDGMENT | | W CRT2 | THOMPSON |
| | CASE CONT BY AGREEMENT | | | |
| 03-17-2008 | MOTION FOR SUMMARY JUDGMENT | | W CRT2 | THOMPSON |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

| | | | |
|---|---|---|---|
| 03-17-2008 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | | THOMPSON |
| 05-19-2008 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | W CRT2 | THOMPSON |
| 05-19-2008 | MOTION TO AMEND COMPLAINT<br>CASE CONT BY AGREEMENT | W CRT2 | THOMPSON |
| 06-06-2008 | MOTION FOR SUMMARY JUDGMENT<br>GRANTED IN PART | W CRT2 | THOMPSON |
| 06-06-2008 | MOTION TO AMEND COMPLAINT<br>GRANTED | W CRT2 | THOMPSON |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-01-2005 | COMPLAINT FILED | |
| 03-16-2005 | SUMMONS,PROOF OF SERVICE FILED | ALLSTATE INSURANCE CO |
| 03-16-2005 | SUMMONS,PROOF OF SERVICE FILED | BRAD LALIBERTE |
| 04-29-2005 | STIPULA FILED,EXTEN OF TIME | DEFS B.LALIBERTE & ALLSTATE INS CO HAVE UNTIL 4/25/05 TO ANSWER COMPLT |
| 05-05-2005 | ANSWER FILED | OF DEF BRAD LALIBERTE |
| 05-05-2005 | MEMO IN SUPPORT MOT TO DISMISS | OF DEF ALLSTATE INSURANCE CO TO DISMISS COUNT 2 PLFS COMPLT UNDER RULE 12B |
| 05-05-2005 | RESPNS TO REQ FOR ADMISSN FILE | OF DEF ALLSTATE INSURANCE CO |
| 05-06-2005 | STIPULA FILED,EXTEN OF TIME | DEFS HAVE UNTIL 5/5/05 TO ANSWER |
| 05-20-2005 | OBJECTION FILED | OF DEF ALLSTATE INS TO PLF MOT TO DETERMINE SUFFICIENCY OF DEFS OBJ TO PLFS REQUEST FOR ADMISSIONS |
| 06-20-2005 | DENIED | W/O PREJUDICE |
| 06-20-2005 | ORDER TO ENTER | |
| 06-24-2005 | ORDER ENTERED | DEFT ALLSTATE MOT TO DISMISS COUNT II OF PLTFS COMPLT & PLTFS MOT TO DETERMINE SUFFICIENCY OF DEFT ALLSTATE INSURANCE COS OBJ TO PLTFS REQUEST FOR ADMISSIONS----GRANTED----PLTF HAS 30 DAYS TO FILE MORE DEFINITE STATEMENT OF HIS CLAIMS AGAISNT |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

| | | |
|---|---|---|
| | | ALLSTATE----DENIED----AS TO DISMISSING COUNT II OPF PLTFS COMPLT WITHTOUT PREJUDICE. |
| 06-27-2005 | STATEMENT FILED | MORE DEFINITE RELATIVE TO COUNT 2<br>Affiliated: BIGELOW, RAYMOND |
| 07-05-2005 | ANSWER FILED | AS TO PLAINTIFF'S MORE DEFINITE STATEMENT RELATIVE TO COUNT 2 DATED JUNE 24, 2005<br>Affiliated: ALLSTATE INSURANCE CO |
| 06-01-2006 | INTEROGATORIES FILED | Affiliated: LALIBERTE, BRAD |
| 06-01-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: LALIBERTE, BRAD |
| 07-03-2006 | ANSWERS TO INTEROGG FILED | Affiliated: BIGELOW, RAYMOND |
| 07-03-2006 | RESPONSE TO REQUEST FOR PROD | Affiliated: BIGELOW, RAYMOND |
| 03-22-2007 | MOTION TO COMPEL PRODUCTION | OBJECTION<br>Affiliated: LALIBERTE, BRAD |
| 03-22-2007 | MEMORANDUM FILED | IN SUPPORT OF MOT TO COMPEL<br>Affiliated: LALIBERTE, BRAD |
| 03-22-2007 | MOT TO COMPEL MORE RESP ANS IN | OBJECTION<br>Affiliated: LALIBERTE, BRAD |
| 04-16-2007 | CASE CONT BY AGREEMENT | |
| 04-16-2007 | CASE CONT BY AGREEMENT | |
| 05-21-2007 | CASE CONT BY AGREEMENT | |
| 05-21-2007 | CASE CONT BY AGREEMENT | |
| 06-18-2007 | CASE CONT BY AGREEMENT | |
| 06-18-2007 | CASE CONT BY AGREEMENT | |
| 07-31-2007 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: ALLSTATE INSURANCE CO |
| 07-31-2007 | MOTION FOR SUMMARY JUDGMENT | NOT TIMELY FOR 8/20----CALLED----WILL REFILE FOR 10/15/07 CALENDAR<br>Affiliated: ALLSTATE INSURANCE CO |
| 08-20-2007 | GRANTED | |
| 08-20-2007 | GRANTED | |
| 08-24-2007 | ORDR, MOT TO COMPL REQ PROD | DEFTS MOT GRANTED IN PART/ PASSED IN PART. PLTF HAS 30 DAYS |
| 08-24-2007 | ORDER, MOTION TO COMPEL ANSWER | DEFTS MOT GRANTED IN PART/ PASSED IN PART. PLTF HAS 30 DAYS |
| 09-05-2007 | OBJECTION FILED | Affiliated: ALLSTATE INSURANCE CO |
| 09-17-2007 | ORDER TO ENTER | |
| 09-17-2007 | ORDER TO ENTER | |
| 09-19-2007 | ORDER ENTERED | PLTFS OBJECTIONS TO ADMISSIONS GRANTED IN PART/ DENIED IN PART |
| 10-02-2007 | ORDER, MOTION TO STRIKE | THOMPSON,J---DEFTS MOT DENIED<br>Affiliated: RHODE ISLAND COURTS |
| 10-02-2007 | CASE CONT BY AGREEMENT | |
| 11-07-2007 | MEMO IN OPPOS TO MOT SUM JUDG | Affiliated: BIGELOW, RAYMOND |
| 11-16-2007 | STIPULATION FILED | SCOPE OF DEPOSITION |
| 11-19-2007 | CASE CONT BY AGREEMENT | |
| 01-22-2008 | CASE CONT BY AGREEMENT | |
| 01-29-2008 | MEMO IN OPPOS TO MOT SUM JUDG | SUPPLEMENTAL AND CROSS MOT FOR SUMM JUDMT<br>Affiliated: BIGELOW, RAYMOND |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

| | | |
|---|---|---|
| 02-04-2008 | ORDER, MOT FOR SUM JUDGMENT | THOMPSON,J---DEFTS MOT W/REPECT FO PLTFS CLAIM UNDER DECEPTIVE TRADE PRACTICES ACT--------- GRANTED. FURTHER HEARING ON DEFTS MOT SUM JUDMT CONT'D TO 2/18/08<br>Affiliated: RHODE ISLAND COURTS |
| 03-17-2008 | CASE CONT BY AGREEMENT | |
| 04-09-2008 | MOTION TO AMEND COMPLAINT | OBJECTION<br>Affiliated: BIGELOW, RAYMOND |
| 05-12-2008 | MEMORANDUM FILED | IN SUPPORT OF OBJ TO PTLFS MOT TO AMEND COMPLT<br>Affiliated: LALIBERTE, BRAD |
| 05-19-2008 | CASE CONT BY AGREEMENT | |
| 05-19-2008 | CASE CONT BY AGREEMENT | |
| 06-06-2008 | GRANTED IN PART | |
| 06-06-2008 | GRANTED | |
| 07-03-2008 | NOTICE OF REMOVAL | TO U.S DISTRICT COURT CASE # CA 08 254S<br>Affiliated: ALLSTATE INSURANCE CO |
| 07-03-2008 | CASE REMVD TO US DISTRICT CT | |
| 07-03-2008 | OTH DOC FILED DURING DISCOV | |