UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND BIGELOW,**

Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,**

Defendants.

Civil Action No. 1:08-cv-00254-S-LDA

**STIPULATION EXTENDING TIME TO ANSWER**
**<u>OR OTHERWISE RESPOND TO COMPLAINT</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that Defendants Allstate Insurance Company's and Brad LaLiberte's time to answer, move or otherwise respond to the Amended Complaint is extended to August 11, 2008.

**RAYMOND BIGELOW**
By his Attorney,

Dennis D. Bossian, Esq. #3674
231 Quaker Lane
West Warwick, Rhode Island 02903
(401) 828-5463

**ALLSTATE INSURANCE COMPANY,**
**BRAD LALIBERTE,**
By their Attorneys,

Higgins, Cavanagh & Cooney LLP

Paul S. Callaghan, Esq. #4931
123 Dyer Street
Providence, RI 02903
(401) 272-3500

*Of counsel for Allstate Insurance Company:*

Kevin M. McGinty, Esq.
Nancy D. Adams, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

SO ORDERED:

________________________________________

William E. Smith, U.S.D.J.

4374819v.1