UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND BIGELOW**,

Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,**

Defendants.

Civil Action No. 1:08-cv-00254-S-LDA

**CORPORATE DISCLOSURE STATEMENT OF ALLSTATE INSURANCE COMPANY**

In accordance with Fed. R. Civ. P. 7.1, Defendant Allstate Insurance Company makes the following disclosure:

1. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded.

2. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

**ALLSTATE INSURANCE COMPANY**,
By its attorneys,

Higgins, Cavanagh & Cooney LLP

/s/ Paul S. Callaghan, Esq.
Paul S. Callaghan, Esq. #4931
123 Dyer Street
Providence, RI 02903
(401) 272-3500

*Of counsel:*
Kevin M. McGinty, Esq.
Nancy D. Adams, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: July 11, 2008

# CERTIFICATE OF SERVICE

I, Paul Callaghan, hereby certify that a true and accurate copy of the foregoing *Corporate Disclosure Statement of Allstate Insurance Company* has been furnished this 11th day of July, 2008, by facsimile and United States Mail, postage prepaid, to:

Dennis D. Bossian, Esq.
231 Quaker Lane
West Warwick, Rhode Island 02903
(401) 828-5463
(401) 828-5974 (fax)

_/s/ Paul S. Callaghan, Esq.__
Paul Callaghan

4374916v.1