(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

RAYMOND BIGELOW,
Plaintiff(s)

v. Dkt. No. 08-00254/S

ALLSTATE INSURANCE COMPANY &
BRAD LALIBERTE,
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

x~~Plaintiff~~/Defendant Allstate Insurance Company hereby moves that Nancy D. Adams be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Paul S. Callaghan, Esq.
Print Name

RI Bar ID # 4931

Higgins,Cavanagh & Cooney, LLP
Firm and Business Address

Email: pcallaghan@hcc-law.com

Tel. # 401-272-3500

123 Dyer Street

Fax # 401-273-8780

Providence, RI 02903

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date