UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND BIGELOW**,

Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,**

Defendants.

Civil Action No. 1:08-cv-00254-S-LDA

**MOTION TO DISMISS OF ALLSTATE INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Allstate Insurance Company ("Allstate") moves to dismiss Counts 2 and 3 of the Amended Complaint. As grounds therefore, Allstate states as follows:

1. Count 2 of the Amended Complaint alleging breach of contract against Allstate fails to state a claim upon which relief can be granted because (a) Allstate is not contractually obligated to disclose its claim handling practices and procedures to its policyholders; (b) Allstate is not statutorily required to disclose its claim handling practices and procedures to its policyholders; (c) Plaintiff has failed to allege any injury arising out of Allstate's alleged breach of contract; and (d) the law of the case doctrine bars Plaintiff from asserting the allegations contained in Count 2 of the Amended Complaint.

2. Count 3 of the Amended Complaint alleging a class action against Allstate fails to state a claim upon which relief can be granted because, in the absence of an individual claim, Plaintiff cannot assert claims on behalf of a putative class.

3. Allstate further relies upon the accompanying Memorandum of Law in Support of Motion to Dismiss of Allstate Insurance Company.

WHEREFORE, Defendant Allstate Insurance Company requests that this Motion be ALLOWED, and that the Court grant the following relief:

(i) Dismiss Count 2 of Plaintiff's Amended Complaint;

(ii) Dismiss Count 3 of Plaintiff's Amended Complaint; and

(iii) Grant such other and further relief as the Court deems just and appropriate.

**ALLSTATE INSURANCE COMPANY**,
By its attorneys,

/s/ Paul S. Callaghan
Paul S. Callaghan, Esq. #4931
Higgins, Cavanaugh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

*Of counsel:*
Kevin M. McGinty, Esq. (*pro hac vice pending)*
Nancy D. Adams, Esq. (*pro hac vice pending)*
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

**CERTIFICATE OF SERVICE**

I, Paul S. Callaghan, hereby certify that a true and accurate copy of the foregoing *Motion to Dismiss of Allstate Insurance Company* has been furnished this 11th day of August, 2008, by facsimile and United States Mail, postage pre-paid, to:

Dennis D. Bossian, Esq.
231 Quaker Lane
West Warwick, Rhode Island 02903
(401) 828-5463
(401) 828-5974 (fax)

/s/ Paul S. Callaghan
Paul S. Callaghan

4399324v.1