# EXHIBIT C

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

RAYMOND BIGELOW :
:
VS. : C.A. NO. WC/05-136
:
BRAD LALIBERTE AND :
ALLSTATE INSURANCE COMPANY :

**ORDER**

This matter came on for hearing before the Court, Justice Thompson presiding, on June 6, 2008 on defendant Allstate Insurance Company's motion for summary judgment with respect to Count 2 of plaintiff's complaint alleging violations of the Unfair Claims Settlement Practices Act, R.I.G.L. §27-9.1-1, et seq., and plaintiff's more definite statement with respect to Count 2.

After hearing thereon and in consideration thereof, it is hereby:

**ORDERED**

(1) Defendant Allstate Insurance Company's motion is granted.

ENTERED:

ORDERED:

____________________________ ____________________________

DATED: ____________________

PRESENTED BY:

Paul S. Callaghan, Esq. (#4931)
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

## CERTIFICATION

I hereby certify that a true copy of the within was mailed to the following counsel of record on this 30th day of June, 2008.

Dennis Bossian, Esq.
Law Offices of Dennis Bossian
231 Quaker Lane
West Warwick, RI 02893