UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **RAYMOND BIGELOW**,<br><br>Plaintiff,<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,**<br><br>Defendants. | Civil Action No. 1:08-cv-00254-S-LDA |

**DEFENDANT BRAD LALIBERTE'S ANSWER TO COUNT 1 OF PLAINTIFF'S AMENDED COMPLAINT**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Count 1 of the amended complaint and therefore leaves plaintiff to his proof of each and every allegation set forth in paragraph 1 of Count 1 of the amended complaint, thereby denying the same.

2. Denied.

3. Paragraph 3 is directed to a party other than Defendant Laliberte and, therefore, no response is required.

4. Paragraph 4 is directed to a party other than Defendant Laliberte and, therefore, no response is required.

5. Plaintiff is left to his proof with respect to the allegations contained in paragraph 5 of the amended complaint.

6. Denied.

7. Denied.

8. Denied.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of Count 1 of the amended complaint and therefore leaves plaintiff to his proof of each and every allegation set forth in paragraph 9 of Count 1 of the amended complaint, thereby denying the same.

**FIRST DEFENSE**

Defendant denies any breach of duty legally owed to the plaintiff.

**SECOND DEFENSE**

Defendant denies any negligence on his part.

**THIRD DEFENSE**

Plaintiff's complaint fails to state a cause of action against the defendant because it fails to allege facts and legal theories sufficient to establish a prima facie case.

**FOURTH DEFENSE**

Defendant denies that any act or omission on his part was the proximate cause of any damage to the plaintiff.

**FIFTH DEFENSE**

Plaintiff's action is barred because plaintiff voluntarily assumed the risk of injury.

**SIXTH DEFENSE**

The sole proximate cause of plaintiff's injuries was the plaintiff's own negligence.

**SEVENTH DEFENSE**

Defendant affirmatively pleads the defenses of waiver and estoppel.

**EIGHTH DEFENSE**

Plaintiff's injuries, if any, were caused by persons, firms or corporations for whom this defendant is not legally responsible.

**DEFENDANT BRAD LALIBERTE HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Defendant,
Brad Laliberte,
By his attorneys,

Higgins, Cavanagh & Cooney LLP

/s/ Paul S. Callaghan
Paul S. Callaghan, Esq. #4931
123 Dyer Street
Providence, RI 02903
(401) 272-3500

**CERTIFICATE OF SERVICE**

I, Paul S. Callaghan, hereby certify that a true and accurate copy of the foregoing document has been furnished this 11th day of August, 2008, by facsimile and United States Mail, postage prepaid, to:

Dennis D. Bossian, Esq.
231 Quaker Lane
West Warwick, Rhode Island 02903
(401) 828-5463
(401) 828-5974 (fax)

/s/ Paul S. Callaghan
Paul S. Callaghan

4374916v.1