(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

RAYMOND BIGELOW,
Plaintiff(s)

v.

Dkt. No. 08-00254/S

ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

x ~~Plaintiff~~/Defendant Allstate Insurance Company hereby moves that Nancy D. Adams be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Paul S. Callaghan, Esq.
Print Name

Higgins,Cavanagh & Cooney, LLP
Firm and Business Address

123 Dyer Street

Providence, RI 02903

RI Bar ID # 4931

Email: pcallaghan@hcc-law.com

Tel. # 401-272-3500

Fax # 401-273-8780

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

[signature]
District Judge

8/19/08
Date