UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND BIGELOW,<br>Individually and as representative<br>of all Rhode Island residents with<br>current policies of automobile insurance<br>issued by Allstate Insurance company | :<br><br>:<br><br>: | C.A. No. 1:08-cv-00254-S-LDA |
| vs. | : | **Class Action** |
| ALLSTATE INSURANCE COMPANY,<br>& BRAD LALIBERTE | | |

**PLAINTIFF'S OBJECTION TO MOTION TO DISMISS**

Plaintiff, Raymond Bigelow (Bigelow) and the putative class of all Rhode Island residents with current policies of automobile insurance policies issued by Allstate Insurance Company, hereby object to the motion to dismiss filed by Allstate. In support of said objection, Bigelow relies upon the accompanying Memorandum of Law with the attached Exhibits numbered 1 through 9 respectively.

WHEREFORE, Bigelow requests that Allstate's motion to dismiss be DENIED.

Raymond Bigelow, et al
By plaintiff's attorney,

/s/ Dennis D. Bossian, Esq.

______________________________

Dennis D. Bossian, Esq. #3674
231 Quaker Lane
West Warwick, RI 02893
(401) 828-5463 Ph

**CERTIFICATION**

I, Dennis D. Bossian, Esq., hereby certify that a true and accurate copy of the foregoing Objection to Motion to Dismiss of Allstate Insurance Company, has been furnished this___27__day of August, 2008 by United States Mail, postage pre-paid, to:

Paul S. Callaghan, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Kevin, M. McGinity, Esq.
Nancy D. Adams, Esq.
Mintz, Levin, Cohn, Ferris, Glosky, & Popeo, PC
One Financial Center
Boston Massachusetts, 02111

Dated: August___27__2008

/s/Dennis D. Bossian, Esq.

_________________________

Dennis D. Bossian, Esq.