# EXHIBIT 2

# Allstate's Customer Service Pledge

*Editor's note: The following text is taken verbatim from Allstate's "confidential" employee training manual, "Unrepresented Segment Training." An "unrepresented segment" refers to a person who does not have a lawyer but who has been involved in an accident with an Allstate policyholder.*

Because you have been involved in an accident with an Allstate policyholder, we consider you our customer and will provide you with quality customer service. In an effort to provide you with this quality customer service, we promise you the following:

1. We will fully explain the process, take the time to answer all questions and concerns that you may have, and keep you informed throughout the claim process.
2. We will conduct a quick, fair investigation of the facts in your case.
3. To the extent that our policyholder was at fault in the accident:
   - We will assist you in providing for the repair of your vehicle and arranging for a rental vehicle;
   - We will help you determine if you are eligible to receive compensation for any injuries you may have suffered; and
   - We will discuss fair payment for your claim when you feel you are ready.

Your claim representative is dedicated to carrying out this Pledge.