# EXHIBIT 3

Allstate Insurance Company
Attn: Ms. Ida Berger
Market Claim Office
74 Batterson Park Rd.
Farmington, CT 06032-2565

Re: Your Claim No.: 3963183614
Date of Loss: 8/14/02

December 9, 2004

Dear Ms. Berger:

Thank you for your November 25, 2004 letter received by this office on December 7, 2004.

On behalf of my client, Mr. Raymond Bigelow, I hereby respectfully request that you provide me with any and all documentation setting forth Allstate's so-called DOLF program and how said program may affect Allstate's overall handling of this claim on behalf of your respective policyholders Ms. Paula Laliberte as well as Mr. Raymond Bigelow.

I thank you for your anticipated cooperation and timely response to this request.

Very Truly yours,

Dennis D. Bossian, Esq.

DDB/sk

PLAINTIFF'S
EXHIBIT
11-1-07 BLE