# EXHIBIT 4

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

RAYMOND BIGELOW

vs .

C.A. NO. WC05-136

BRAD LALIBERTE AND ALLSTATE
INSURANCE COMPANY

Copy

Deposition of **IDA BERGER**, taken on November 1, *2007,* on behalf of the Plaintiff, pursuant to Rhode Island Rules of Civil Procedure, at the Law Office of Dennis D. Bossian, 231 Quaker Lane, West Warwick, Rhode Island, before Brenda L. Enos, Notary Public, convening at 11:31 a.m.

APPEARANCES:

Law Office of Dennis D. Bossian
BY: DENNIS D. BOSSIAN, ESQ.
Counsel for Plaintiff

Higgins, Cavanagh & Cooney, LLP
BY: PAUL S. CALLAGHAN, ESQ.
Counsel for Defendants

REPORTING ASSOCIATES
Suite 617 - 10 Dorrance Street
Providence, Rhode Island 02903

Q At all. So once the file was transferred to you from Miss Coombs, you had no communication with Miss Coombs?

A Actually, I'll take that back. I don't remember. I'm sorry. I just can't remember.

Q I understand. You do agree with me that before Raymond Bigelow retained counsel, that Miss Coombs invited Mr. Bigelow to call, and as a matter of fact, feel free to call with any questions or concerns that he had that may be pertinent to his claim.

MR. CALLAGHAN: Objection. The document speaks for itself. I'm going to instruct her not to answer.

A (Question unanswered)

Q When I sent the letter December 9, 2004, you knew at that time that the DOLF program was not a secret or confidential program, true?

A True.

Q So I'm asking you to provide me with information on behalf of an Allstate policyholder who paid a premium dollar for the coverage, and I'm asking for non-confidential and-non-secretive information, right?

MR. CALLAGHAN: Objection.

Q Plaintiff's 8, I'll show counsel, is something that I downloaded yesterday, I believe, from the internet and addresses Allstate's customer service pledge. Are you familiar with Allstate's customer service pledge?
A We talk about customer service being important and always being available for the customer.
Q As your attorney is looking at that document, do you agree with me that there's an, Allstate has a web site?
A Allstate does have a web site.
Q There[1]s also information on the internet that addresses Allstate Insurance Company?
A There is a web site.
Q And specifically I'm showing you this document that's, like I said, I downloaded it yesterday, October 31, 2007. It says Allstate's Customer Service Pledge. It says as follows: "Because you have been involved in an accident with an Allstate policyholder, we consider you our customer and will provide you with quality customer service." Do you agree with that?
A Yes.
Q In an effort to provide you with this quality customer service, we promise you the following:

"No. l, we will fully explain the process, take the time to answer all questions and concerns that you may have, and keep you informed throughout the claims process." Do you agree with that?

A Yes .

Q And it says, "We will conduct a quick, fair investigation of the facts in your case." Do you agree with that?

A I agree with that.

Q And, finally, "To the extent that our policyholder was at fault in the accident, we will assist in providing you for the repair of your vehicle and arranging of a rental vehicle." Do you agree with that?

A I agree with that.

Q "We will help you to determine if you are eligible to receive compensation for any injuries you may have suffered." Do you agree with?

A I do.

Q And, finally, "We will discuss fair payment for your claim when you feel you are ready," Do you agree with that?

A I do.

Q And the last sentence of the customer service pledge says, "Your claim representative is dedicated to