EXHIBIT 5

SUPERIOR COURT

STATE OF RHODE ISLAND
WASHINGTON, SC.

RAYMOND BIGELOW

Vs.

BRAD LALIBERTE and ALLSTATE INSURANCE COMPANY

C.A. NO. WC/05-136

*ORDER*

The plaintiff's motion to amend the original complaint and the defendant's objection thereto came on for hearing on May 19, 2008 and June 6, 2008 respectively, before the Honorable Justice O. Rogeriee Thompson. After hearings thereon and in consideration thereof, it is hereby:

*ORDERED, ADJUDGED AND DECREED*

as follows:

1. The plaintiff's motion to amend the original complaint is hereby *granted.*

ENTER:

BY ORDER:

Presented by:

---

Dennis D. Bossian, Esq., *#3674*
231 Quaker Lane
West Warwick, RJ 02893
Tel: (401) 828-5463
Fax: (401) 828-5974
Email: Dennis@Bosscourt.com

Dated: June 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2008, I mailed a true copy of the within Order to: Paul S. Callaghan, Esq., 123 Dyer Street, Providence, RI 02903