# EXHIBIT 6

# THE "GOOD HANDS" COMPANY OR A LEADER IN ANTI-CONSUMER PRACTICES?

## **EXCESSIVE** PRICES AND POOR CLAIMS PRACTICES AT

## THE ALLSTATE CORPORATION

July 18, 2007

J. Robert Hunter
Director of Insurance
Consumer Federation of America
1620 I Street, NW; Suite 200
Washington, D.C. 20006
202-387-6121