STATE OF RHODE ISLAND SUPERIOR COURT
WASHINGTON, SC.

RAYMOND BIGELOW :

vs. : C.A. NO. WC 05-136

BRAD LALIBERTE :

PLAINTIFFS REQUEST FOR ADMISSIONS ADDRESSED TO DEFENDANT ALLSTATE INSURANCE COMPANY PURSUANT TO SUPER. R. CIV. P. 36 AS AMENDED

A. **GENUINENESS OF DOCUMENTS**

1. Exhibit 1 is a fair, accurate, and genuine copy of a November 20, 1998 letter from Michael J. Reed, Jr. Esq., Head of Staff Counsel for Allstate Insurance Company Re: "DOLF follow up meeting".

2. Exhibit 2 is a fair, accurate and genuine copy of a 6-page document presented to the attendees at the November 24, 1998 "DOLF follow up meeting".

3. Exhibit 3 is a fair, accurate and genuine copy of Regulation 73.

4. Exhibit 4 is a fair, accurate and genuine copy of the "CCPR II Defense of Litigated Files" program slide presentation as presented to the attendees at the original "DOLF kick-off meeting".

B. **STATEMENTS OR OPINIONS OF FACT OR OF THE APPLICATION OF LAW TO FACT**

1. In 1998, Allstate implemented the "CCPR II Defense of Litigated Files" (A.K.A. DOLF) program in the State of Rhode Island.

2. The "DOLF" program was not and is not a secret or "confidential" claims handling program.

3. Exhibit 4 are not documents protected by the attorney-client privilege.

4. Attorney Michael J. Reed, Jr, Esq. attempted to discuss the DOLF claims handling program with the Honorable presiding Justice Rodgers.

5. Attorney Michael J. Reed, Jr. Esq. gave the Honorable presiding Justice Rodgers a brief outline of the DOLF claims handling program.

6. Michael J. Reed, Jr. Esq. wanted to advise the Honorable presiding Justice Rodgers of how the DOLF claims handling program could benefit 1) the court; 2) plaintiffs and 3) Allstate insureds

7. Regulation 73, Section 5(a) entitled "Miscellaneous Obligation of Insureds" requires Allstate to fully disclose to its insured(s) the DOLF claims handling program.

8. Allstate does not have a regular of practice disclosing the DOLF claims handling program to its insureds.

9. Allstate does not disclose the DOLF claims handling program on its web site.

10. Allstate does not disclose the DOLF handling practice to its corporate sales agent staff.

11. Allstate does not disclose the DOLF claims handling program to its independent sales agent(s).

12. Allstate does not disclose the DOLF claims handling program in the actual insurance policy/contracts and/or endorsements.

13. The DOLF claims handling program is still being practiced by Allstate, its employees, agents, staff counsel, and captive outside counsel in the State of Rhode Island.

14. Allstate has no policy or procedure in place to disclose the DOLF claims handling program to its policyholders.

15. Allstate has no plan, policy, program and/or protocol to disclose the DOLF claims handling program to Rhode Island Allstate policyholders.

Authorized Agent for Allstate
Insurance Company

STATE OF RHODE ISLAND

COUNTY OF

Subscribed and sworn to before me on this ______ day of __________________, 2005

_______________________________

NOTARY PUBLIC

MY COMMISION EXPIRES: