STATE OF RHODE ISLAND
WASHINGTON. SC.

SUPERIOR COURT

RAYMOND BIGELOW

VS. C.A. NO. WC/05-136

BRAD LALIBERTE AND ALLSTATE INSURANCE COMPANY

DEFENDANT ALLSTATE INSURANCE COMPANY'S
SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSIONS

AI. Admitted.

A2. Defendant has made reasonable inquiry and the information known and readily available to defendant is insufficient to enable defendant to either admit or deny the genuineness of Exhibit 2.

A3. Admitted.

A4. Admitted. .

Bl. Admitted.

B2. Admitted.

B3. Denied.

B4. Admitted.

B5. Admitted.

B6. Admitted.

B7. Denied.

B8. Admitted.

B9. Admitted.

BIO. Admitted.

B11. Admitted.