B12. Admitted.

B13. Denied.

B14. Admitted.

B15. Admitted.

Defendant,
Allstate Insurance Company,
By Its attorneys.

HIGGINS, CAVANAGH & COONEY, LLP

Paul S. Callaghan, Esq. #4931
123 Dyer Street
Providence, RI 02903
(401) 272-3500

**CERTIFICATION**

I hereby certify that a true copy of the within document was faxed and mailed to the following counsel of record on this 15th day of October, 2007.

Dennis Bossian, Esq.
Law Offices of Dennis Bossian
231 Quaker Lane
West Warwick, RI 02893