# EXHIBIT 9

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT CIVIL
DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

Filing Date: 03-01-2005 Case Status: CLOSED DURING DISCOVERY
Case Type: PERSONAL INJURY
Status Date: 07-03-2008

Plaintiff: RAYMOND BIGELOW ID :@ 10245509
Attorney: DENNIS BOSSIAN

Defendant: BRAD LALIBERTE ID:@10245510
Attorney: JAMES RUGGIERI
Defendant: ALLSTATE INSURANCE CO ID:@10247948
Attorney: PAULCALLAGHAN
Attorney: PAULCALLAGHAN

Scheduled Events

| Date | Event | | Location | Judge |
|---|---|---|---|---|

Prior Events

| Date | Event | | Location | Judge |
|---|---|---|---|---|
| 06-20-2005 | MOTION<br>ORDER TO ENTER | | WZW | LANPHEAR |
| 06-20-2005 | MOTION TO DISMISS<br>DENIED | W/O PREJUDICE | WZW | LAN PH EAR |
| 04-16-2007 | MOTION TO COMPEL PRODUCTION<br>CASE CONT BY AGREEMENT | | WCRT2 | RUBINE |
| 04-16-2007 | MOT COMPEL MORE RESP ANS INTER<br>CASE CONT BY AGREEMENT | | WCRT2 | RUBINE |
| 05-21-2007 | MOTION TO COMPEL PRODUCTION<br>CASE CONT BY AGREEMENT | | WCRT2 | RUBINE |
| 05-21-2007 | MOT COMPEL MORE RESP ANS INTER<br>CASE CONT BY AGREEMENT | | WCRT2 | RUBINE |
| 06-18-2007 | MOTION TO COMPEL PRODUCTION<br>CASE CONT BY AGREEMENT | | WCRT2 | RUBINE |
| 06-18-2007 | MOT COMPEL MORE RESP ANS INTER<br>CASE CONT BY AGREEMENT | | WCRT2 | RUBINE |
| 08-20-2007 | MOTION TO COMPEL PRODUCTION<br>GRANTED | | WCRT2 | NUGENT |
| 08-20-2007 | MOT COMPEL MORE RESP ANS INTER<br>GRANTED | | WCRT2 | NUGENT |
| 09-17-2007 | MOTION<br>ORDER TO ENTER | | WCRT2 | THOMPSON |
| 09-17-2007 | MOTION TO STRIKE<br>ORDER TO ENTER | | WCRT2 | THOMPSON |
| 10-15-2007 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | | WCRT2 | THOMPSON |
| -11-19-2007 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | | WCRT3 | THOMPSON |
| 01-22-2008 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | | WCRT2 | THOMPSON |
| 08-07-2008 | MOTION FOR SUMMARY JUDGMENT | | WCRT2 | THOMPSON |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT CIVIL
DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

| | | | |
|---|---|---|---|
| 03-17-2008 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | | THOMPSON |
| 05-19-2008 | MOTION FOR SUMMARY JUDGMENT<br>CASE CONT BY AGREEMENT | WCRT2 | THOMPSON |
| 05-19-2008 | MOTION TO AMEND COMPLAINT<br>CASE CONT BY AGREEMENT | WCRT2 | THOMPSON |
| 06-06-2008 | MOTION FOR SUMMARY JUDGMENT<br>GRANTED IN PART | WCRT2 | THOMPSON |
| 06-06-2008 | MOTION TO AMEND COMPLAINT<br>GRANTED | WCRT2 | THOMPSON |

Case Jacket

| Checked Out Returned | Person | Comments/Text |
|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-01-2005 | COMPLAINT FILED | |
| 03-16-2005 | SUMMONS,PROOF OF SERVICE FILED | ALLSTATE INSURANCE CO |
| 03-16-2005 | SUMMONS.PROOF OF SERVICE FILED | BRAD LALIBERTE |
| 04-29-2005 | STIPULA FILED,EXTEN OF TIME | DEFS B.LALIBERTE & ALLSTATE INS CO HAVE UNTIL4/25/05 TO ANSWER COMPLT |
| 05-05-2005 | ANSWER FILED | OF DEF BRAD LALIBERTE |
| 05-05-2005 | MEMO IN SUPPORT MOT TO DISMISS | OF DEF ALLSTATE INSURANCE GOTO DISMISS COUNT 2 PLFS COMPLT UNDER RULE 12B |
| 05-05-2005 | RESPNS TO REQ FOR ADMISSN FILE | OF DEF ALLSTATE INSURANCE CO DEFS |
| 05-06-2005 | STIPULA FILED,EXTEN OF TIME | HAVE UNTIL 5/5/05 TO ANSWER |
| 05-20-2005 | OBJECTION FILED | OF DEF ALLSTATE INS TO PLF MOT TO DETERMINE SUFFICIENCY OF DEFS OBJ TO PLFS REQUEST FOR ADMISSIONS |
| 06-20-2005 | DENIED | W/O PREJUDICE |
| 06-20-2005 | ORDER TO ENTER | |
| 06-24-2005 | ORDER ENTERED | DEFT ALLSTATE MOT TO DISMISS COUNT II OF PLTFS COMPLT & PLTFS MOT TO DETERMINE SUFFICIENCY OF DEFT ALLSTATE INSURANCE COS OBJ TO PLTFS REQUEST FOR ADMISSIONS——GRANTED—-PLTF HAS 30 DAYS TO FILE MORE DEFINITE STATEMENT OF HIS CLAIMS AGAISNT |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT CIVIL
DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

| | | |
|---|---|---|
| | | ALLSTATE—-DENIED-—AS TO DISMISSING COUNT II OPF PLTFS COMPLT WITHTOUT PREJUDICE. |
| 06-27-2005 | STATEMENT FILED | MORE DEFINITE RELATIVE TO COUNT 2<br>Affiliated: BIGELOW, RAYMOND |
| 07-05-2005 | ANSWER FILED | AS TO PLAINTIFF'S MORE DEFINITE STATEMENT RELATIVE TO COUNT 2 DATED JUNE 24,2005<br>Affiliated: ALLSTATE INSURANCE CO |
| 06-01-2006 | INTEROGATORIES FILED | Affiliated: LALIBERTE, BRAD |
| 06-01-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: LALIBERTE, BRAD |
| 07-03-2006 | ANSWERS TO INTEROGG FILED | Affiliated: BIGELOW, RAYMOND |
| 07-03-2006 | RESPONSE TO REQUEST FOR PROD | Affiliated: BIGELOW, RAYMOND |
| 03-22-2007 | MOTION TO COMPEL PRODUCTION | OBJECTION<br>Affiliated: LALIBERTE, BRAD |
| 03-22-2007 | MEMORANDUM FILED | IN SUPPORT OF MOT TO COMPEL<br>Affiliated: LALIBERTE, BRAD |
| 03-22-2007 | MOT TO COMPEL MORE RESP ANS IN | OBJECTION<br>Affiliated: LALIBERTE, BRAD |
| 04-16-2007 | CASE CONT BY AGREEMENT | |
| 04-16-2007 | CASE CONT BY AGREEMENT | |
| 05-21-2007 | CASE CONT BY AGREEMENT | |
| 05-21-2007 | CASE CONT BY AGREEMENT | |
| 06-18-2007 | CASE CONT BY AGREEMENT | |
| 06-18-2007 | CASE CONT BY AGREEMENT | |
| 07-31-2007 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: ALLSTATE INSURANCE CO |
| 07-31-2007 | MOTION FOR SUMMARY JUDGMENT | NOT TIMELY FOR 8/20—CALLED-—WILL REFILE FOR 10/15/07 CALENDAR<br>Affiliated: ALLSTATE INSURANCE CO |
| 08-20-2007 | GRANTED | |
| 08-20-2007 | GRANTED | |
| 08-24-2007 | ORDR.MOTTOCOMPLREQ PROD | DEFTS MOT GRANTED IN PART/ PASSED IN PART. PLTF HAS 30 DAYS |
| 08-24-2007 | ORDER, MOTION TO COMPEL ANSWER | DEFTS MOT GRANTED IN PART/ PASSED IN PART. PLTF HAS 30 DAYS<br>Affiliated: ALLSTATE INSURANCE CO |
| 09-05-2007 | OBJECTION FILED | |
| 09-17-05 | ORDER TO ENTER | PLTFS OBJECTIONS TO ADMISSIONS GRANTED IN PART/ DENIED IN PART |
| 09-19-07 | ORDER TO ENTER | THOMPSON.J—DEFTS MOT DENIED<br>Affiliated: RHODE ISLAND COURTS |
| 10-02-2007 | ORDER, MOTION TO STRIKE | Affiliated: BIGELOW, RAYMOND<br>SCOPE OF DEPOSITION |
| 10-02-2007 | CASE CONT BY AGREEMENT | |
| 11-07-2007 | MEMO IN OPPOS TO MOT SUM JUDG | |
| 11-16-2007 | STIPULATION FILED | SUPPLEMENTAL AND CROSS MOT FOR SUMM JUDMT<br>Affiliated: BIGELOW, RAYMOND |
| 11-19-2007 | CASE CONT BY AGREEMENT | |
| 01-22-2008 | CASE CONT BY AGREEMENT | |
| 01-29-2008 | MEMO IN OPPOS TO MOT SUM JUDG | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT CIVIL
DOCKET SHEET

Case ID: WC-2005-0136 RAYMOND BIGELOW V BRAD LALIBERTE

| | | |
|---|---|---|
| 02-04-2008 | ORDER, MOT FOR SUM JUDGMENT | THOMPSON.J—DEFTS MOT W/REPECT FO PLTFS CLAIM UNDER DECEPTIVE TRADE PRACTICES ACT———— GRANTED. FURTHER HEARING ON DEFTS MOT SUM JUDMTCONT'D TO 2/18/08 Affiliated: RHODE ISLAND COURTS |
| 03-17-2008 | CASE CONT BY AGREEMENT | |
| 04-09-2008 | MOTION TO AMEND COMPLAINT | OBJECTION Affiliated: BIGELOW, RAYMOND |
| 05-12-2008 | MEMORANDUM FILED | IN SUPPORT OF OBJ TO PTLFS MOT TO AMEND COMPLT Affiliated: LALIBERTE, BRAD |
| 05-19-2008 | CASE CONT BY AGREEMENT | |
| 05-19-2008 | CASE CONT BY AGREEMENT | |
| 06-06-2008 | GRANTED IN PART | |
| 06-06-2008 | GRANTED | |
| 07-03-2008 | NOTICE OF REMOVAL | TOU.S DISTRICT COURT CASE #CA 08 254S Affiliated: ALLSTATE INSURANCE CO |
| 07-03-2008 | CASE REMVD TO US DISTRICT CT | |
| 07-03-2008 | OTH DOC FILED DURING DISCOV | |