UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND BIGELOW**,

Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY & BRAD LALIBERTE,**

Defendants.

Civil Action No. 1:08-cv-00254-S-LDA

**ALLSTATE INSURANCE COMPANY'S MOTION TO STRIKE PLAINTIFF'S SUR-REPLY MEMORANDUM**

Defendant Allstate Insurance Company ("Allstate") respectfully moves to strike the Sur-Reply Memorandum in Opposition to Defendant's Motion to Dismiss (the "Sur-Reply") recently filed by Plaintiff. As grounds therefore, Allstate states as follows:

1. On September 8, 2008 and in violation of Local Rule CV 7(b)(3), Plaintiff filed the Sur-reply without seeking prior leave from this Court.

2. Because the Local Rules do not permit the filing of a sur-reply absent leave of the Court and because Plaintiff did not obtain such relief, the Sur-reply should be stricken.

3. As further support for its motion, Allstate relies upon the accompanying memorandum of law.

**WHEREFORE**, Defendant Allstate Insurance Company requests that this Motion be ALLOWED, and that the Court grant the following relief:

(i) Strike the Sur-reply Memorandum in Opposition to Defendant's Motion to Dismiss; and

(ii) Grant such other and further relief as the Court deems just and appropriate.

**ALLSTATE INSURANCE COMPANY**,
By its attorneys,

/s/ Paul S. Callaghan
Paul S. Callaghan, Esq. #4931
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 401-273-8780 (fax)
pcallaghan@hcc-law.com

/s/ Nancy D.Adams
Kevin M. McGinty, Esq. *(pro hac vice)*
Nancy D. Adams, Esq. *(pro hac vice)*
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
(617) 542-2241 (fax)
Nadams@mintz.com

## CERTIFICATE OF SERVICE

I, Nancy D. Adams, hereby certify that, on September 12, 2008, I served a copy of the foregoing *Allstate Insurance Company's Motion to Strike Plaintiff's Sur-reply Memorandum*, on the following counsel of record either via the CM/ECF system or by U.S. Mail:

Dennis D. Bossian, Esq.
231 Quaker Lane
West Warwick, Rhode Island 02903
(401) 828-5463
(401) 828-5974 (fax)

/s/ Nancy D. Adams___________
Nancy D. Adams

4426351v.1