UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND BIGELOW, :
Individually and as representative
of all Rhode island residents with
current policies of automobile : C.A. No. 1:08-cv-00254-S-LDA
insurance issued by Allstate
Insurance Company :

Vs. **Class Action**

ALLSTATE INSURANCE COMPANY
& BRAD LALIBERTE

**PLAINTIFF'S OBJECTION TO ALLSTATE'S MOTION TO STRIKE AND MOTION FOR LEAVE TO FILE PLAINIFF'S SUR-REPLY BRIEF OUT OF TIME**

Plaintiff, Bigelow hereby respectfully objects to Allstate's motion to strike the Sur-Reply Memorandum in Opposition to Defendant's Motion to Dismiss and respectfully prays for leave from this honorable Court to consider same, out of time. As grounds therefore, Bigelow states as follows:

1. On September 4, 2008, and in violation of Local Rule CV 7 (b) (2), Allstate filed its "Reply" memorandum in response to the Plaintiff's memorandum in opposition to Allstate's Motion to Dismiss.

2. Local Rule CV 7 (b) (2) states in relevant part:

   "A reply memorandum shall consist *only* of a response to an objection and *shall not* present additional grounds for granting the motion, or *reargue or expand* upon the arguments made in support of the motion. (Emphasis added)

3. A review of Allstate's memorandum in support of its Motion to Dismiss, juxtaposed with its "Reply," evidences the fact that the "Reply" is contrary to Local Rule CV 7 (b) (2).

4. Because Allstate failed to comply with Local Rule CV (b) (2), the Plaintiff prays for leave from this honorable Court, to consider the Plaintiff's Sur-Reply, filed out of time. (Document # 16)

5. In further support of this objection, Bigelow relies upon the accompanying memorandum of law.

**WHEREFORE**, Bigelow and the putative class respectfully request that Allstate's Motion to Strike be DENIED, and that the Court grant the following relief:

(i) Grant the Plaintiff's motion for leave of Court, out of time, in order to consider the Plaintiff's Sur-Reply memorandum of law in ruling upon the Defendant's Motion to Dismiss.

(ii) Deny Allstate's Motion to Strike Plaintiff's Sur-Reply Memorandum of law.

(iii) Grant such other and further relief as the Court deems just and appropriate.

Raymond Bigelow, et al
By plaintiff's attorney,

/s/ Dennis D. Bossian, Esq #3674
Dennis D. Bossian, Esq. #3674
231 Quaker Lane
West Warwick, RI 02893
(401) 828-5463 Ph

## CERTIFICATION

I Dennis D. Bossian, Esq., hereby certify that a true and accurate copy of the foregoing Memorandum of Law in Support of the Opposition to Allstate's Motion to Strike and Plaintiff's Motion for Leave to file the Sur-Reply, either via the CM/ECF system or by U.S. mail, has been furnished to:

Paul S. Callaghan, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Nancy D. Adams, Esq
Kevin M. McGinty, Esq.
Mintz, Levin, Cohn, Ferris
Glovsky and Popeo, PC
One Financial Center
Boston, Massachusetts 02111

/s/Dennis D. Bossian, Esq.
Dennis D. Bossian, Esq.

Dated: September 17, 2008